Gregory K. DUNCAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 53695.

Missouri Court of Appeals,
Western District.

June 17, 1997.

Rebecca L. Kurz, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM.

Gregory Duncan appeals the circuit court's judgment denying his Rule 24.035 motion to set aside his guilty plea to one count of attempted robbery in the second degree. We affirm. Rule 84.16(b).